UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as The Aetna Casualty and Surety Company,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　vs.<br>AMERICAN INTERNATIONAL SURPLUS LINES INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　　　Defendants. | CASE NO. 05cv0076-LAB (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION** |

In consideration of the post-summary judgment Joint Motion by the parties in this subrogation action that defendant American International Surplus Lines Insurance and the entire action be dismissed with prejudice on the terms set forth in their Joint Motion, **IT IS HEREBY ORDERED** this action is dismissed in its entirety with prejudice as to all claims and all parties.[1]

**IT IS SO ORDERED**.

DATED: December 8, 2006

　　　　　　　　　　　　　　　　　　*Larry A. Burns*

　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The court notes the parties failed to follow this court's Order to memorialize the summary judgment result and the subrogation award in a proposed final Judgment, presenting this Joint Motion instead.

05cv0076-LAB (BLM)